**Dated: January 03, 2006**
**The following is ORDERED:**



_____
Tom R. Cornish
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **JACK CARREL LADD** | ) | Case No. 04-73669 |
| **d/b/a WILLIAMSON MOTORS** | ) | Chapter 7 |
| **KETURAH ANN LADD** | ) | |
| **a/k/a KETURAH BOWEN-LADD** | ) | |
| **a/k/a KETURAH BOWEN** | ) | |
| | ) | |
| Debtors, | ) | |
| | ) | |
| **SECURITY STATE BANK OF** | ) | |
| **WEWOKA, OKLAHOMA an** | ) | |
| **Oklahoma banking corporation** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adv. No. 05-7006 |
| | ) | |
| **JACK CARREL LADD and** | ) | |
| **KETURAH ANN LADD** | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

This Judgment is rendered pursuant to the Order entered this date in the United States Bankruptcy Court for the Eastern District of Oklahoma and Rule 9021(a), Fed.R.Bankr.P.

IT IS ORDERED, ADJUDGED AND DECREED that the Defendant is granted judgment in that the Debtor/Defendant's Discharge is **granted**.

FOR WHICH LET EXECUTION ISSUE.

###